UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VALDEZ, | No. 2:21-cv-00615-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY SUPERIOR COURT, | |
| Defendant. | |

On June 10, 2021, the magistrate judge filed findings and recommendations which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 5.) Plaintiff filed objections to the findings and recommendations. (ECF No. 6.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 5) are adopted in full;
2. Plaintiff's complaint (ECF No. 1) is dismissed for failure to state a claim, without leave to amend; and
3. The Clerk's Office is directed to close this case.

DATED: September 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE